December 8, 1970

No. 22,184 Johnnie Ray Armes, Formerly PVT, U. S. Army v United States.

ORDERED:
That said Petition for Reconsidera-

tion be, and the same is, hereby dismissed. See Rule 49(a), Rules of Practice and Procedure, United States Court of Military Appeals.